445 A.2d 209

Commonwealth v. Berkery, Appellant.

■■■■■■■■■

Submitted September 11, 1980. David J. Natale, for appellant; Ann C. Lebowitz, Assistant District Attorney, for Commonwealth appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.